05-17699                                    PERICONE, NICHOLAS PETER

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**      **10132**
60-249/433

TID #380480

| Case | Debtor |
|------|--------|
| 05-17699 A | PERICONE, NICHOLAS PETER |
| 92000084415768 | |
| Unclaimed distributions | |

Daniel A. Smith
870 Western Lake Drive
Santa Rosa Beach FL 32459

Date   04/06/2011        $ *******2,891.75

~~~Two Thousand Eight Hundred Ninety-One Dollars and 75/100~

Pay to the
Order of   Clerk of Court
500 Poydras Street, Room B601
New Orleans LA 70130

Daniel A. Smith, Trustee

⑈"000 1013 2⑈"  ⑇:0433024 93⑇:9 2000084 4 157 68⑈"

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228427   - KW
* * C O P Y * *
April 12, 2011
15:07:32

TREASURY REGFUND
05-17699

Debtor.: NICHOLAS PETER PERICONE
Trustee: Daniel Smith
Amount.:            $2,891.75 CH
Check#.: 10132

Total-> $2,891.75

FROM: DANIEL SMITH

---

4/12/11:
DEPOSIT TO 6047BK

Due:
CitiMORTGAGE: $19.43
Discover: $773.40
Financial
Services

CITIBANK/Choice: $1,121.57
CITIBANK/Choice: $977.41