UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

Pericone, Nicholas Peter    BANKRUPTCY CASE NO. 05-17699

Debtor(s)    CHAPTER 7

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, Citigroup Global Markets, Inc. c/o Santo Trombetta, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 4/12/2011, the trustee of this estate deposited the sum of $2,098.92, belonging to Citibank/Choice, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Citigroup Global Markets, Inc. at the following address: 388 Greenwich Street. New York, NY 10013.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

4/10/13
Date

Signature:
Claimant's Name:    Citigroup Global Markets, Inc. c/o Santo Trombetta
Mailing Address:    388 Greenwich Street
City, State, Zip Code: New York, NY 10013
Telephone Number:   (212) 816 4923
Email Address:      _____
(If filed electronically)

Subscribed and Sworn Before Me this ___ day of April_____, 2013.

_____
Notary Public in and for the State of _____ My commission expires: _____

LOUIS A. PISTECCHIA
Notary Public, State of New York
No. 01PI4651181
Qualified in Westchester County
Commission Expires Sept. 30, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE                                               BANKRUPTCY CASE NO.  05-17699
    Pericone, Nicholas Peter
                                                CHAPTER  7
Debtor(s)

### CERTIFICATE OF SERVICE

I, ____Santo Trombetta____, certify that on ____4-9-13____, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Signature: _[signed]_
Claimant's Name: Citigroup Global Markets, Inc. c/o Santo Trombetta
Mailing Address: 388 Greenwich Street
City, State, Zip Code: New York, NY 10013
Telephone Number: (212) 816 4923
Email Address: _____
   (if filed electronically)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE                                                                                       BANKRUPTCY CASE NO.   05-17699
    Pericone, Nicholas Peter
                                                                                                                CHAPTER  7
Debtor(s)

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Motion for Payment of Unclaimed Funds filed by  Citigroup Global Markets, Inc. c/o Santo Trombeta  requesting payment of unclaimed funds in the amount of  $2,098.92 .  The motion and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana.  Accordingly,

**IT IS ORDERED** that the motion for payment of unclaimed funds is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to  Citigroup Global Markets, Inc.  in the amount stated above and mail the check to the above address.

New Orleans, Louisiana,

_____
U.S. BANKRUPTCY JUDGE